[No. 25233-7-III. Division Three. June 21, 2007.]

*In the Matter of the Marriage of* KRISTEN L. KOSHNEY, *Appellant*, and DAVID B. KOSHNEY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-3-01659-2, Jason R. Nelson, J. Pro Tem., entered April 28, 2006. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 25237-0-III. Division Three. June 21, 2007.]

*In the Matter of the Marriage of* SUSAN RENEE DUNLAP, *Respondent*, and ERIK MATTHEW DUNLAP, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 05-3-00092-8, William D. Acey, J., entered May 5, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.

[No. 55870-6-I. Division One. June 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRELL TYRONE HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-08430-8, Paris K. Kallas, J., entered March 7, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57453-1-I. Division One. June 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER ANTHONY SCHULLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-08293-0, Mary Yu, J., entered December 16, 2005. *Affirmed* by unpublished per curiam opinion.